595 A.2d 1145

**WESTINGHOUSE ELECTRIC CORP.**

v.

**BOARD OF PROPERTY ASSESSMENT, APPEALS AND REVIEW OF ALLEGHENY COUNTY**

v.

**The BOROUGH OF CHURCHILL, Woodland Hills School District, et al.**

**Petition of: WESTINGHOUSE ELECTRIC CORP. (Two Cases).**

**The BOROUGH OF CHURCHILL, et al.**

v.

**BOARD OF PROPERTY ASSESSMENT, APPEALS AND REVIEW OF ALLEGHENY COUNTY**

v.

**WESTINGHOUSE ELECTRIC CORP., et al.**

**Petition of: The BOROUGH OF CHURCHILL, Woodland Hills School District, and the County of Allegheny, Cross–Petitioners.**

Supreme Court of Pennsylvania.

Aug. 23, 1991.

## ORDER

Petition for Allowance of Appeal granted, No. 79 W.D. Appeal Docket 1991.

Cross-petition for allowance of appeal granted, No. 80 W.D. Appeal Docket 1991 limited to:

"Whether the Commonwealth Court erred in reversing the trial court's finding as to the common level ratio and remanding for further consideration of that issue."